DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **IRA HOBSON,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 2021-0182 |
| **GLENCORE LTD. and COSMOGONY II, INC.,** | )<br>)<br>) |
| Defendants. | )<br>) |

**Attorneys:**

**J. Russell B. Pate, Esq.,**
St. Thomas, U.S.V.I.
**Korey A. Nelson, Esq.,**
New Orleans, LA
**Warren T. Burns, Esq.,**
Dallas, TX
    *For Plaintiff*

**Richard H. Hunter, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant Glencore Ltd.*

## MEMORANDUM OPINION AND ORDER

**Lewis, District Judge**

    THIS MATTER comes before the Court on the "Motion to Strike the First Amended Complaint, or in the Alternative, to Deny Joinder" ("Motion to Strike") (Dkt. No. 17) filed by Defendant Glencore Ltd. ("Glencore"). Plaintiff Ira Hobson ("Plaintiff") has filed a "Motion to Remand This Action to the Superior Court" ("Motion to Remand") (Dkt. No. 15) and an Opposition to the Motion to Strike (Dkt. No. 21). Glencore has also filed a "Reply" in support of its Motion to Strike (Dkt. No. 22), and an Opposition to the Motion to Remand (Dkt. No. 19).

**UPON CONSIDERATION** of the aforementioned motions and responses, and the for the reasons set forth in the Court's Order and Memorandum Opinion entered in *Mathurin v. Glencore Ltd*, Case No. 1:2021-cv-0176, 2022 WL 991378 (D.V.I. Mar. 31, 2022), it is hereby

**ORDERED** that Glencore's Motion to Strike (Dkt. No. 17) is **DENIED**; and it is further

**ORDERED** that Plaintiff's Motion to Remand (Dkt. No. 15) is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court is directed to **REMAND** the above-captioned matter to the Superior Court of the Virgin Islands; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date: April 4, 2022

_____/s/_____
WILMA A. LEWIS
District Judge